**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAMON MARIANO ARAGON, JR., ) | NO. ED CV 12-1584-SJO(E) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| ANTHONY HEDGPETH, Warden, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: May 15, 2013.

*S. James Otero*
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE